IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER VILAYTHONG, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-CV-00627-G |
| | § | |
| ALLSTATE INSURANCE COMPANY, | § | |
|     Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Alexander Vilaythong, hereby dismisses all claims asserted herein against Defendant Allstate Insurance Company, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

s/Derek L. Fadner (with permission)
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Derek L. Fadner
State Bar No. 24100081

McCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
(713) 334-6121
(713) 322-5953 – FAX
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF
ALEXANDER VILAYTHONG**

and

s/Mariah B. Quiroz
Roger D. Higgins
State Bar No. 09601500
rhiggins@thompsoncoe.com
Mariah B. Quiroz
State Bar No. 24031714
mquiroz@thompsoncoe.com
Nicole T. Herron
State Bar No. 24101907
nherron@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200
(214) 871-8209 – FAX

**COUNSEL FOR DEFENDANT
ALLSTATE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 14th day of December, 2017.

                                              s/Mariah B. Quiroz
Mariah B. Quiroz

        s/Mariah B. Quiroz
Roger D. Higgins
State Bar No. 09601500
rhiggins@thompsoncoe.com
Mariah B. Quiroz
State Bar No. 24031714
mquiroz@thompsoncoe.com
Nicole T. Herron
State Bar No. 24101907
nherron@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200
(214) 871-8209 – FAX

**COUNSEL FOR DEFENDANT
ALLSTATE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on the 14th day of December, 2017.

        s/Mariah B. Quiroz
Mariah B. Quiroz